IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 20-413-2 |
| | : | |
| WILBERT CURTIS TREY ARTIS, III | : | |

## ORDER

**AND NOW**, this 15th day of March, 2022, after considering (1) the motion to sever the defendants for trial filed by the defendant, Wilbert Curtis Trey Artis, III ("Artis") (Doc. No. 59), and (2) the government's response in opposition to the motion to sever (Doc. No. 64); and after hearing argument on the motion to sever via telephone on March 2, 2022; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that Artis' motion to sever (Doc. No. 59) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.